IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

AMENDED Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-10786__   U.S. District Court Case No. __Cr 03-00523 SOM 04__

Short Case Title __U.S. v. Eduardo Peralta__

Date Notice of Appeal Filed by Clerk of District Court __11/23/05__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| [see attachment] | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 0 5 2006
at __2__ o'clock and __14__ min. P.M.
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __12/29/05__   Estimated date for completion of transcript __1/31/06__

Print Name of Attorney __Glenn Choy__   Phone Number __[808] 533-7007__

Signature of Attorney __[signed] Glenn Choy__

Address __735 Bishop St. #322, Honolulu, Hi 96813__

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

## SECTION A

| HEARING DATE(S) | COURT REPORTER | PROCEEDING |
| --- | --- | --- |
| 5/24/04 | Debra Chun | change of plea |
| 8/18/05 | Debra Chun | motion to withdraw guilty plea |
| 11/14/05 | Debra Chun | sentencing |

ATTACHMENT