



**FILED**

UNITED STATES COURT OF APPEALS

OCT 17 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10786 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-03-00523-SOM |
| v. | District of Hawaii, Honolulu |
| EDUARDO PERALTA, | ORDER |
| Defendant - Appellant. | |

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

The Clerk shall file appellant's late response to the motion to dismiss, received on August 11, 2006.

Appellee's opposed motion to dismiss this appeal in light of the valid appeal waiver is granted. *See U.S. v. Jeronimo*, 398 F.3d 1149, 1152-53 (9th Cir. 2005).

**DISMISSED.**

MOATT