INTERNAL USE ONLY: Proceedings include all events.
05-10786 USA v. Peralta

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Thomas C. Muehleck, AUSA<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| EDUARDO PERALTA<br>    Defendant - Appellant | Glenn D. Choy, Esq.<br>FAX 808/533-4007<br>808/533-7007<br>Suite 322<br>[COR LD NTC cja]<br>LAW OFFICE OF GLENN D. CHOY<br>735 Bishop Street<br>Honolulu, HI 96813 |